IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ELIZABETH SMITH | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:21-cv-00436-OLG |
| HEALTHPLANONE, LLC | § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Elizabeth Smith and Defendant HealthPlanOne, LLC advise the Court that they have reached a settlement resolving the entirety of this case. The Plaintiff no longer desires to pursue this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties jointly stipulate to the dismissal of this case with prejudice. The Parties will bear their own costs and attorney fees.

Respectfully submitted,

*/S/ MICHAEL V. GALO, JR.*
Michael V. Galo, Jr.
State Bar No. 00790734
GALO LAW FIRM, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas 78229
Telephone: 210.616.9800
Facsimile: 210.616.9898
mgalo@galolaw.com
ATTORNEY FOR PLAINTIFF
ELIZABETH SMITH

/s/ *Megan M. Mitchell w/permission*
Laura E. De Santos
State Bar No. 00793612
Megan M. Mitchell
State Bar No. 24073504
GORDON REES SCULLY MANSUKHANI, LLP
1900 West Loop South, Ste. 1000
Houston, Texas 77027
Telephone: 713.961.3366
Facsimile: 713.961.3938
Email: **ldesantos@grsm.com**
Email: **mmmitchell@grsm.com**
ATTORNEY FOR DEFENDANT
HEALTHPLANONE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on all counsel of record on this 23rd day of March, 2022, and as follows:

Ms. Laura E. De Santos
Ms. Megan M. Mitchell
Gordon Rees Scully Mansukhani, LLP
1900 West Loop South, Suite 1000
Houston, Texas 77027
**via Email: ldesantos@grsm.com**
**and mmmitchell@grsm.com**

/s/ *Michael V. Galo, Jr.*
MICHAEL V. GALO, JR.